In the Matter of SMALL SMILES LITIGATION. KELLY VARANO, as Parent and Natural Guardian of JEREMY BOHN, an Infant, Respondent, v FORBA HOLDINGS, LLC, Now Known as CHURCH STREET HEALTH MANAGEMENT, LLC, et al., Appellants. (Appeal No. 1.) [999 NYS2d 909]—Appeals from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered December 3, 2013. The order granted the motion of plaintiff for a new trial.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ. **[Prior Case History: 42 Misc 3d 303.]**

tiary hearing on that issue. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ. **[Prior Case History: 42 Misc 3d 1232(A), 2014 NY Slip Op 50312(U).]**